# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOHN W. TEW, II                                    NO.  2021 CW 1166

VERSUS

UNITED SERVICES AUTOMOBILE
ASSOCIATION, TIMOTHY ANDRIES AND
GEICO GENERAL INSURANCE COMPANY

CONSOLIDATED WITH

JOHN W. TEW, II

VERSUS

GOAUTO INSURANCE COMPANY AND            **SEPTEMBER 29, 2021**
EARL V. HUTTON

---

In Re:    United Services Automobile Association, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 656812 c/w 657425.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT GRANTED.**  The trial court's ruling excluding potential
impeachment evidence on grounds of insufficient or untimely
disclosure is reversed.  Impeachment evidence does not have to
be disclosed prior to trial.  **Davis v. AMS Tube Corp.**, 2002-2427
(La. App. 1st Cir. 12/31/03), 868 So.2d 141, writ denied, 2004-
0286 (La. 3/26/04), 871 So.2d 354, citing, **Johnson v. State,
DOA,** 510 So.2d 87, 90 (La. App. 1st Cir. 1987).  Further,
Appendice 9.14 (G) & (H) of the Nineteenth Judicial District
Rules do not require pretrial disclosure of impeachment evidence
and witnesses.  Therefore, we find the trial court abused its
discretion in excluding the evidence on this basis.

                          **JMM**
                          **WIL**
                          **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT